U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AY 1 3 2005
CLERK, U.S. DISTRICT COURT
By_____
     Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KAREN A. PRINCE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:04-CV-708-A |
| | § | |
| JOANNE B. BARNHART, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Came on for consideration the above-captioned action wherein Karen A. Prince is plaintiff and JoAnne B. Barnhart, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits under Title II of the Social Security Act. On April 20, 2005, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until May 11, 2005, in which to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that the above-captioned action be, and is hereby, remanded, consistent with the sixth sentence of 42 U.S.C. § 405(g),[1] for consideration of new evidence.

SIGNED May 13, 2005.

_____
JOHN McBRYDE
United States District Judge

---

[1] The magistrate judge's recommendation erroneously refers to "20 C.F.R. § 405(g)."

2